1

2

3

4

5

6

7

8                  **UNITED STATES DISTRICT COURT**

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    REBIO RONNIE TOWNSEND,                    Case No.  1:19-cv-01054-NONE-BAM (PC)

12                  Plaintiff,                   ORDER DENYING PLAINTIFF'S MOTION
                                                 FOR SERVICE AS MOOT
13         v.
                                                 (ECF No. 18)
14    HEMELA, *et al.*,

15                  Defendants.

16

17         Plaintiff Rebio Ronnie Townsend ("Plaintiff") is a civil detainee proceeding *pro se* and *in*

18    *forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff is being detained

19    pursuant to California's Mentally Disordered Offender ("MDO") law, California Penal Code

20    §§ 2970, *et seq.*  Individuals detained under the MDO law are considered civil detainees, rather

21    than prisoners within the meaning of the Prisoner Litigation Reform Act.  Page v. Torrey, 201

22    F.3d 1136, 1140 (9th Cir. 2000).

23         On March 5, 2020, the Court ordered service to be initiated on Defendants Hemela,

24    Kilcrease, and Gill for the claim that the manner by which Plaintiff's forced medication has been

25    carried out is in violation of the Fourteenth Amendment.  (ECF No. 14.)  Plaintiff was ordered to

26    complete the necessary service documents and return them to the Court within thirty days.  (Id.)

27         Plaintiff submitted partially completed service documents on March 16, 2020.  (ECF No.

28    15.)  Accordingly, the Court forwarded the appropriate documents to the United States Marshals

                                                1

Service and directed service by the United States Marshals Service without prepayment of costs. (ECF No. 16.)

Currently before the Court is Plaintiff's motion regarding service of the complaint pursuant to Federal Rule of Civil Procedure 4(m), filed April 8, 2020. (ECF No. 18.) Plaintiff states that he has served Defendants Hemela and Kilcrease, but he has been unable to serve Defendant Gill. Plaintiff therefore requests the Court to complete service because he is on lockdown due to a virus. (Id.)

Plaintiff is advised that, as stated in the Court's March 5, 2020 order directing Plaintiff to submit completed service documents, **Plaintiff does not need to attempt service on Defendants and does not need to request waiver of service**. The Court has directed the United States Marshal to serve Defendants, and such service is due on or before June 19, 2020. If the United States Marshal is unable to complete service on any of the defendants, the Court will inform the Plaintiff what further steps are necessary. At this time, there are no pending deadlines in this action, and Plaintiff is not required to take any other actions to complete service on Defendants.

Accordingly, Plaintiff's motion for service, (ECF No. 18), is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: __**April 10, 2020**__ ___/s/ *Barbara A. McAuliffe* _

UNITED STATES MAGISTRATE JUDGE