# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBIO RONNIE TOWNSEND,<br><br>                Plaintiff,<br><br>        v.<br><br>HEMELA, *et al.*,<br><br>                Defendants. | Case No.  1:19-cv-01054-NONE-BAM (PC)<br><br>ORDER REQUIRING DEFENDANT KATHERINE HEMELA TO SHOW CAUSE WITHIN THIRTY DAYS WHY DEFAULT SHOULD NOT BE ENTERED<br><br>(ECF No. 27)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE COURTESY COPY<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Rebio Ronnie Townsend ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff is being detained pursuant to California's Mentally Disordered Offender ("MDO") law, California Penal Code §§ 2970, *et seq.*  Individuals detained under the MDO law are considered civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

On March 5, 2020, the Court found service of the first amended complaint appropriate as to Defendants Katherine Hemela, Calvin Dean Kilcrease, and Simarjit Gill for the claim that the manner by which Plaintiff's forced medication has been carried out is in violation of the Fourteenth Amendment.  (ECF No. 14.)  On March 18, 2020, the Court ordered the United States

1

Marshal to initiate service of process on Defendants Hemela, Kilcrease, and Gill.  (ECF No. 16.)

Defendant Gill returned a waiver of service on April 20, 2020, and Defendant Kilcrease returned a waiver of service on June 12, 2020.  (ECF Nos. 20, 25.)  Both Defendants Gill and Kilcrease have since responded to the complaint.  (ECF Nos. 21, 26.)

A summons was returned unexecuted for Defendant Hemela on March 25, 2020, indicating that Defendant Hemela was no longer employed at DSH-Coalinga, and there was no forwarding address available.  (ECF No. 17.)  The United States Marshal attempted service a second time, and on July 14, 2020, filed a USM-285 form indicating that on July 9, 2020, Defendant Hemela was personally served at a residential address in Thousand Oaks, California.  (ECF No. 27.)  The deadline for the filing of Defendant Hemela's answer to the complaint was therefore July 30, 2020. Fed. R. Civ. P. 12(a)(1)(A)(i).

Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Defendant Hemela shall show cause why default should not be entered against her;
2. To facilitate the ability to comply with this order, Defendant Hemela's obligation to respond to the complaint is extended **thirty (30) days** from the date of service of this order; and
3. The Clerk's Office shall serve a courtesy copy of this order on Katherine Hemela at the address listed in the July 14, 2020 USM-285 form, (ECF No. 27).

IT IS SO ORDERED.

Dated:   **August 6, 2020**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE