# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBIO RONNIE TOWNSEND,<br><br>              Plaintiff,<br><br>     v.<br><br>HEMELA, *et al.*,<br><br>              Defendants. | Case No.  1:19-cv-01054-NONE-BAM (PC)<br><br>ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO ORDER DISCHARGING ORDER REQUIRING DEFENDANT HEMELA TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED<br><br>(ECF No. 38) |

Plaintiff Rebio Ronnie Townsend ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff is being detained pursuant to California's Mentally Disordered Offender ("MDO") law, California Penal Code §§ 2970, *et seq.*  Individuals detained under the MDO law are considered civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).  This action proceeds against Defendants Hemela, Kilcrease, and Gill for the claim that the manner by which Plaintiff's forced medication has been carried out is in violation of the Fourteenth Amendment.

On March 18, 2020, the Court ordered the United States Marshal to initiate service of process on Defendants Hemela, Kilcrease, and Gill.  (ECF No. 16.)  In response to the complaint, both Defendants Gill and Kilcrease have filed motions to dismiss, which are now fully briefed and pending before the Court.  (ECF Nos. 21, 26.)

Defendant Hemela was personally served at a residential address in Thousand Oaks, California on July 9, 2020.  (ECF No. 27.)  After the deadline for Defendant Hemela to file a response to the complaint had expired, the Court issued an order for Defendant Hemela to show cause why default should not be entered against her and extended the deadline for Defendant Hemela to respond to the complaint.  (ECF No. 28.)  On September 8, 2020, Defendant Hemela filed an answer to the complaint, a response to the order to show cause, and a declaration in support of her response.  (ECF Nos. 31, 32, 33.)  Based on the prompt filing of the answer to the complaint in response to the order to show cause and the assertion that Defendant Hemela has meritorious defenses to Plaintiff's claims, the Court found that Defendant Hemela had demonstrated an intent to defend the suit on its merits and there was no discernible prejudice to Plaintiff as a result of the brief delay.  (ECF No. 34.)  The order to show cause was therefore discharged on September 11, 2020.  (Id.)

Currently before the Court is Plaintiff's "Motion to Oppose Court Order to Discharge Defendant Hemela from Default," filed September 29, 2020.  (ECF No. 38.)  The Court construes the filing as objections to the September 11, 2020 order discharging the order to show cause. Defendants have not had an opportunity to file a response, but the Court finds a response unnecessary, and the objections are deemed submitted.

In his objections, Plaintiff largely reiterates allegations relating to the merits of his claims in this action and argues that Defendants should be held liable for injuries they have allegedly caused him.  (ECF No. 38.)  Though unclear, it appears that Plaintiff believes that the September 11, 2020 made a finding related to the merits of Plaintiff's claims regarding Defendant Hemela.

Plaintiff is informed that the September 11, 2020 order made no findings about the merits of Plaintiff's claims.  Furthermore, to the extent Plaintiff believes that default was entered against Defendant Hemela and the Court "discharged" the default, this is also incorrect.  Default was never entered against Defendant Hemela, and as she has appeared and demonstrated an intent to defend this action, the Court finds no grounds for entering default at this time.

As Plaintiff has otherwise failed to present any reason to overturn the Court's September 11, 2020 order, Plaintiff's objections, (ECF No. 38), are HEREBY OVERRULED.  This action

will proceed on Plaintiff's claims against Defendants Kilcrease, Hemela, and Gill, and the Court will address the pending motions to dismiss in due course.

IT IS SO ORDERED.

Dated: __October 1, 2020__            /s/ *Barbara A. McAuliffe*            _
                                                 UNITED STATES MAGISTRATE JUDGE