# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBIO RONNIE TOWNSEND,<br><br>           Plaintiff,<br><br>      v.<br><br>HEMELA, *et al.*,<br><br>           Defendants. | Case No.  1:19-cv-01054-NONE-BAM (PC)<br><br>ORDER DIRECTING DEFENDANTS KILCREASE AND GILL TO FILE RESPONSIVE PLEADINGS<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

   Plaintiff Rebio Ronnie Townsend ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff is being detained pursuant to California's Mentally Disordered Offender ("MDO") law, California Penal Code §§ 2970, *et seq.*  Individuals detained under the MDO law are considered civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

   Following the District Judge's order adopting the findings and recommendations to deny Defendants Gill and Kilcrease's motions to dismiss, this action proceeds against Defendants Hemela, Kilcrease, and Gill for the claim that the manner by which Plaintiff's forced medication has been carried out is in violation of the Fourteenth Amendment.  (ECF No. 44.)  Defendant Hemela filed an answer on September 8, 2020.  (ECF No. 31.)

///

Accordingly, Defendants Gill and Kilcrease shall file answers to Plaintiff's complaint within **twenty-one (21) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **September 21, 2021**          /s/ Barbara A. McAuliffe          _
                                          UNITED STATES MAGISTRATE JUDGE