# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBIO RONNIE TOWNSEND,<br><br>        Plaintiff,<br><br>    v.<br><br>HEMELA, *et al.*,<br><br>        Defendants. | Case No. 1:19-cv-01054-NONE-BAM (PC)<br><br>ORDER GRANTING REQUEST TO OPT-OUT OF POST-SCREENING ADR PROJECT<br>(ECF No. 51)<br><br>ORDER VACATING DECEMBER 16, 2021 SETTLEMENT CONFERENCE<br>(ECF No. 49)<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE PLAINTIFF'S MAILING ADDRESS<br><br>ORDER DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Rebio Ronnie Townsend ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is being detained pursuant to California's Mentally Disordered Offender ("MDO") law, California Penal Code §§ 2970, *et seq.* Individuals detained under the MDO law are considered civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000). This action proceeds against Defendants Hemela, Kilcrease, and Gill for the claim that the manner by which Plaintiff's forced medication has been carried out is in violation of the Fourteenth Amendment.

1    On October 14, 2021, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins.  (ECF No. 49.) The Court's order granted Defendants time to investigate and determine whether to opt out of the post-screening ADR project.

    On November 12, 2021, counsel for Defendant Kilcrease filed a status report indicating that counsel for all three defendants conducted a telephonic conference with Plaintiff on November 11, 2021.  (ECF No. 51.)  During the conference, Plaintiff indicated that he was no longer interested in proceeding with this matter and that he would stipulate to a dismissal of the lawsuit.  Defense counsel for all defendants have authorized counsel for Defendant Kilcrease to represent to the Court that the three defendants have therefore decided to opt out from the settlement conference.  The parties will be preparing a proposed stipulation for the dismissal of this action with prejudice and then submit the stipulation to dismiss the lawsuit with the Plaintiff's consent.  Defense counsel further states that Plaintiff's address should be updated. (*Id.*)

    Based on the status report, the Court finds it appropriate to vacate the December 16, 2021 settlement conference.  However, this action will remain stayed pending the filing of the parties' stipulation for dismissal.

    Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request to opt out of early alternative dispute resolution, (ECF No. 51), is GRANTED;
2. The December 16, 2021 settlement conference is VACATED;
3. The Clerk of the Court is DIRECTED to update Plaintiff's mailing address to:

    Coalinga State Hospital
    Unit 23
    24522 W. Jayne Avenue
    Coalinga, CA 93210

///

4.     The parties shall file a stipulation for voluntary dismissal, signed by all parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **November 15, 2021**        /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE